**Notice of Filing Payment Advices Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

Debtor : Anthony Diaz
Case No : 26-14280
Chapter : 7
Petition Date : 10/12/2026
Period : 08/13/2026 through 10/12/2026

| Page | Date | Employer Name | Gross | Net |
|---|---|---|---|---|
| 2 | 10/02/2026 | Costco Wholesale Corporation | $1,335.80 | $1,123.00 |
| 3 | 09/18/2026 | Costco Wholesale Corporation | $1,205.70 | $1,022.17 |
| 4 | 09/04/2026 | Costco Wholesale Corporation | $1,237.20 | $1,046.58 |
| 5 | 08/21/2026 | Costco Wholesale Corporation | $1,680.90 | $1,380.99 |

**Costco Wholesale Corporation**
**999 Lake Drive**
**Issaquah,WA 98027**
**425-313-8100**

**PAYMENT STATEMENT FOR PAY DATE** **10/02/2026 - Biweekly**

**Federal EIN** 91-1223280 Costco Wholesale Corporation

| | | | | |
|---|---|---|---|---|
| **Name** | Anthony M. Diaz | **Payroll Area** | US | Biweekly |
| **Address** | 66-68 Raritan Avenue | **Pay Period** | 09/14/2026 | 09/27/2026 |
| | Paterson NJ 07503 | **Department** | 0088 | Food Court |
| | | **Location** | 00000306 | |
| **Employee #** | 06626999 - (Hourly) | **Pay Date** | 10/02/2026 | |
| **Job Title** | FOOD SERVICE | | | |

| **Tax Data** | **Tax Area Code** | **Filing Status** | **Allowances** | **Addl. Amt.** |
|---|---|---|---|---|
| Federal | FED | Single | 00 | 0.00 |
| Primary State | NJ | Single | 00 | 0.00 |

**Messages**

**If you encounter any problems printing your pay stub, please contact your payroll clerk.**

**Current Hours Worked** 60.11 **Base Rate** $20.00

| **Current Payments** | **Rate** | **Hours** | **Amount** | **YTD Hours** | **YTD Amount** |
|---|---|---|---|---|---|
| Regular Pay | $20.00 | 46.75 | $935.00 | 203.91 | $4,078.20 |
| Overtime | $30.00 | 0.02 | $0.60 | 1.21 | $36.30 |
| Sunday Premium Pay | $30.00 | 13.32 | $399.60 | 55.88 | $1,676.40 |
| Sunday Overtime | $30.00 | 0.02 | $0.60 | 0.54 | $16.20 |
| **Total Current Payments** | | 60.11 | **$1,335.80** | 261.54 | **$5,807.10** |
| **Total Payments** | | 60.11 | **$1,335.80** | 261.54 | **$5,807.10** |

| **Taxes** | | **Current Taxable Amount** | **Current Amount** | **YTD Taxable Amount** | **YTD Amount** |
|---|---|---|---|---|---|
| Federal | FED | | | | |
| TX Withholding Tax | | $1,335.80 | $76.45 | $5,807.10 | $319.77 |
| TX EE Social Security Tax | | $1,335.80 | $82.82 | $5,807.10 | $360.04 |
| TX EE Medicare Tax | | $1,335.80 | $19.37 | $5,807.10 | $84.20 |
| New Jersey | NJ | | | | |
| TX Withholding Tax | | $1,335.80 | $22.87 | $5,807.10 | $108.52 |
| TX EE Unemployment Tax | | $1,335.80 | $5.11 | $5,807.10 | $22.21 |
| TX EE Workforce Devlpmt T | | $1,335.80 | $0.57 | $5,807.10 | $2.47 |
| TX EE Disability Tax | | $1,335.80 | $2.53 | $5,807.10 | $11.03 |
| TX EE Family Leave Insur | | | $3.08 | | $13.36 |
| **Total Taxes** | | | **$212.80** | | **$921.60** |
| **Net Payment** | | | **$1,123.00** | | **$4,885.50** |

| **Summary** | **Total Payments** | - | **Pre-Tax Deductions** | - | **Taxes** | - | **After Tax Deductions** | = | **Net Payment** |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $1,335.80 | | | | $212.80 | | | | $1,123.00 |
| YTD | $5,807.10 | | | | $921.60 | | | | $4,885.50 |
| Hours(Extra Check Eligibility) | 12138.46 | | | | | | | | |
| Hours Until Next Goal Raise | 779.46 | | | | | | | | |

**Check/Transfer Information**

| **Bank Routing #** | **Bank Name** | **Account/Check No.** | **Payment Method** | **Amount** | **Replacement Check Date** |
|---|---|---|---|---|---|
| 031101334 | SoFi Bank, National Association | ....4106 | Direct Deposit | $1,123.00 | |

**Costco Wholesale Corporation**
**999 Lake Drive**
**Issaquah,WA 98027**
**425-313-8100**

**PAYMENT STATEMENT FOR PAY DATE** **09/18/2026 - Biweekly**

**Federal EIN** 91-1223280 Costco Wholesale Corporation

| | | | | |
|---|---|---|---|---|
| **Name** | Anthony M. Diaz | **Payroll Area** | US | Biweekly |
| **Address** | 66-68 Raritan Avenue | **Pay Period** | 08/31/2026 | 09/13/2026 |
| | Paterson NJ 07503 | **Department** | 0088 | Food Court |
| | | **Location** | 00000306 | |
| **Employee #** | 06626999 - (Hourly) | **Pay Date** | 09/18/2026 | |
| **Job Title** | FOOD SERVICE | | | |

| Tax Data | Tax Area Code | Filing Status | Allowances | Addl. Amt. |
|---|---|---|---|---|
| Federal | FED | Single | 00 | 0.00 |
| Primary State | NJ | Single | 00 | 0.00 |

**Messages**

**If you encounter any problems printing your pay stub, please contact your payroll clerk.**

**Current Hours Worked** 55.08 **Base Rate** $20.00

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $20.00 | 44.67 | $893.40 | 157.16 | $3,143.20 |
| Overtime | | | | 1.19 | $35.70 |
| Sunday Premium Pay | $30.00 | 10.41 | $312.30 | 42.56 | $1,276.80 |
| Sunday Overtime | | | | 0.52 | $15.60 |
| **Total Current Payments** | | 55.08 | **$1,205.70** | 201.43 | **$4,471.30** |
| **Total Payments** | | 55.08 | **$1,205.70** | 201.43 | **$4,471.30** |

| Taxes | | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|---|
| Federal | FED | | | | |
| TX Withholding Tax | | $1,205.70 | $60.84 | $4,471.30 | $243.32 |
| TX EE Social Security Tax | | $1,205.70 | $74.75 | $4,471.30 | $277.22 |
| TX EE Medicare Tax | | $1,205.70 | $17.48 | $4,471.30 | $64.83 |
| New Jersey | NJ | | | | |
| TX Withholding Tax | | $1,205.70 | $20.27 | $4,471.30 | $85.65 |
| TX EE Unemployment Tax | | $1,205.70 | $4.61 | $4,471.30 | $17.10 |
| TX EE Workforce Devlpmt T | | $1,205.70 | $0.51 | $4,471.30 | $1.90 |
| TX EE Disability Tax | | $1,205.70 | $2.30 | $4,471.30 | $8.50 |
| TX EE Family Leave Insur | | | $2.77 | | $10.28 |
| **Total Taxes** | | | **$183.53** | | **$708.80** |
| **Net Payment** | | | **$1,022.17** | | **$3,762.50** |

| Summary | Total Payments | - | Pre-Tax Deductions | - | Taxes | - | After Tax Deductions | = | Net Payment |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $1,205.70 | | | | $183.53 | | | | $1,022.17 |
| YTD | $4,471.30 | | | | $708.80 | | | | $3,762.50 |
| Hours(Extra Check Eligibility) | 12198.57 | | | | | | | | |
| Hours Until Next Goal Raise | 839.57 | | | | | | | | |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 031101334 | SoFi Bank, National Association | ....4106 | Direct Deposit | $1,022.17 | |

**Costco Wholesale Corporation**
**999 Lake Drive**
**Issaquah,WA 98027**
**425-313-8100**

**PAYMENT STATEMENT FOR PAY DATE** **09/04/2026 - Biweekly**

**Federal EIN** 91-1223280 Costco Wholesale Corporation

| | | | | |
|---|---|---|---|---|
| **Name** | Anthony M. Diaz | **Payroll Area** | US | Biweekly |
| **Address** | 66-68 Raritan Avenue | **Pay Period** | 08/17/2026 | 08/30/2026 |
| | Paterson NJ 07503 | **Department** | 0088 | Food Court |
| | | **Location** | 00000306 | |
| **Employee #** | 06626999 - (Hourly) | **Pay Date** | 09/04/2026 | |
| **Job Title** | FOOD SERVICE | | | |

| Tax Data | Tax Area Code | Filing Status | Allowances | Addl. Amt. |
|---|---|---|---|---|
| Federal | FED | Single | 00 | 0.00 |
| Primary State | NJ | Single | 00 | 0.00 |

**Messages**

**If you encounter any problems printing your pay stub, please contact your payroll clerk.**

**Current Hours Worked** 56.16 **Base Rate** $20.00

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $20.00 | 44.76 | $895.20 | 112.49 | $2,249.80 |
| Overtime | $30.00 | 0.50 | $15.00 | 1.19 | $35.70 |
| Sunday Premium Pay | $30.00 | 10.90 | $327.00 | 32.15 | $964.50 |
| Sunday Overtime | | | | 0.52 | $15.60 |
| **Total Current Payments** | | 56.16 | **$1,237.20** | 146.35 | **$3,265.60** |
| **Total Payments** | | 56.16 | **$1,237.20** | 146.35 | **$3,265.60** |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| Federal FED | | | | |
| TX Withholding Tax | $1,237.20 | $64.62 | $3,265.60 | $182.48 |
| TX EE Social Security Tax | $1,237.20 | $76.71 | $3,265.60 | $202.47 |
| TX EE Medicare Tax | $1,237.20 | $17.94 | $3,265.60 | $47.35 |
| New Jersey NJ | | | | |
| TX Withholding Tax | $1,237.20 | $20.90 | $3,265.60 | $65.38 |
| TX EE Unemployment Tax | $1,237.20 | $4.73 | $3,265.60 | $12.49 |
| TX EE Workforce Devlpmt T | $1,237.20 | $0.53 | $3,265.60 | $1.39 |
| TX EE Disability Tax | $1,237.20 | $2.35 | $3,265.60 | $6.20 |
| TX EE Family Leave Insur | | $2.84 | | $7.51 |
| **Total Taxes** | | **$190.62** | | **$525.27** |
| **Net Payment** | | **$1,046.58** | | **$2,740.33** |

| Summary | Total Payments | - Pre-Tax Deductions | - Taxes | - After Tax Deductions | = Net Payment |
|---|---|---|---|---|---|
| Current Period | $1,237.20 | | $190.62 | | $1,046.58 |
| YTD | $3,265.60 | | $525.27 | | $2,740.33 |
| Hours(Extra Check Eligibility) | 12253.65 | | | | |
| Hours Until Next Goal Raise | 894.65 | | | | |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 031101334 | SoFi Bank, National Association | ....4106 | Direct Deposit | $1,046.58 | |

COSTCO WHOLESALE

**Costco Wholesale Corporation**
**999 Lake Drive**
**Issaquah,WA 98027**
**425-313-8100**

**PAYMENT STATEMENT FOR PAY DATE** **08/21/2026 - Biweekly**

**Federal EIN** 91-1223280 Costco Wholesale Corporation

| | | | | |
|---|---|---|---|---|
| **Name** | Anthony M. Diaz | **Payroll Area** | US | Biweekly |
| **Address** | 66-68 Raritan Avenue | **Pay Period** | 08/03/2026 | 08/16/2026 |
| | Paterson NJ 07503 | **Department** | 0088 | Food Court |
| | | **Location** | 00000306 | |
| **Employee #** | 06626999 - (Hourly) | **Pay Date** | 08/21/2026 | |
| **Job Title** | FOOD SERVICE | | | |

| Tax Data | Tax Area Code | Filing Status | Allowances | Addl. Amt. |
|---|---|---|---|---|
| Federal | FED | Single | 00 | 0.00 |
| Primary State | NJ | Single | 00 | 0.00 |

**Messages**

**If you encounter any problems printing your pay stub, please contact your payroll clerk.**

**Current Hours Worked** 75.44 **Base Rate** $20.00

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $20.00 | 58.23 | $1,164.60 | 67.73 | $1,354.60 |
| Overtime | $30.00 | 0.69 | $20.70 | 0.69 | $20.70 |
| Sunday Premium Pay | $30.00 | 16.00 | $480.00 | 21.25 | $637.50 |
| Sunday Overtime | $30.00 | 0.52 | $15.60 | 0.52 | $15.60 |
| **Total Current Payments** | | 75.44 | **$1,680.90** | 90.19 | **$2,028.40** |
| **Total Payments** | | 75.44 | **$1,680.90** | 90.19 | **$2,028.40** |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| Federal FED | | | | |
| TX Withholding Tax | $1,680.90 | $117.86 | $2,028.40 | $117.86 |
| TX EE Social Security Tax | $1,680.90 | $104.21 | $2,028.40 | $125.76 |
| TX EE Medicare Tax | $1,680.90 | $24.37 | $2,028.40 | $29.41 |
| New Jersey NJ | | | | |
| TX Withholding Tax | $1,680.90 | $39.27 | $2,028.40 | $44.48 |
| TX EE Unemployment Tax | $1,680.90 | $6.43 | $2,028.40 | $7.76 |
| TX EE Workforce Devlpmt T | $1,680.90 | $0.71 | $2,028.40 | $0.86 |
| TX EE Disability Tax | $1,680.90 | $3.19 | $2,028.40 | $3.85 |
| TX EE Family Leave Insur | | $3.87 | | $4.67 |
| **Total Taxes** | | **$299.91** | | **$334.65** |
| **Net Payment** | | **$1,380.99** | | **$1,693.75** |

| Summary | Total Payments | - Pre-Tax Deductions | - Taxes | - After Tax Deductions | = Net Payment |
|---|---|---|---|---|---|
| Current Period | $1,680.90 | | $299.91 | | $1,380.99 |
| YTD | $2,028.40 | | $334.65 | | $1,693.75 |
| Hours(Extra Check Eligibility) | 12309.81 | | | | |
| Hours Until Next Goal Raise | 950.81 | | | | |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 031101334 | SoFi Bank, National Association | ....4106 | Direct Deposit | $1,380.99 | |